UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING LIMITED LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD BIOPHARMA, INC., ACCORD HEALTHCARE, INC., and INTAS PHARMACEUTICALS, LTD.<br><br>Defendants. | Case No. 5:24-cv-642<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS AMGEN INC. AND AMGEN MANUFACTURING LIMITED LLC** |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Eastern District of North Carolina Local Civil Rule 7.3, Plaintiffs Amgen Inc. and Amgen Manufacturing Limited LLC ("AML") state the following:

Amgen Inc. is a publicly held corporation and has no parent corporation. No publicly held corporation owns 10% or more of its stock.

AML is a wholly-owned subsidiary of Amgen Inc., which is a publicly held corporation. Apart from Amgen Inc., there is no publicly held company with a 10% or greater ownership in AML.

Dated: November 13, 2024

Respectfully submitted,

/s/ *James L. Lester*
James L. Lester (NC Bar No. 15715)
MacCord Mason PLLC
2733 Horse Pen Creek Rd., Suite 101
Greensboro, NC 27410
(336) 273-4422

jlester@maccordmason.com

Local Civil Rule 83.1(d) Counsel for Plaintiffs

OF COUNSEL:

Steven J. Horowitz (*pro hac vice forthcoming*)
Nathaniel C. Love (*pro hac vice forthcoming*)
Leif E. Peterson II (*pro hac vice forthcoming*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

David L. Anderson (*pro hac vice forthcoming*)
Sue Wang (*pro hac vice forthcoming*)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
(415) 772-1200

Jeffery P. Kushan (*pro hac vice forthcoming*)
Joshua J. Fougere (*pro hac vice forthcoming*)
Lauren Katzeff (*pro hac vice forthcoming*)
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, D.C. 20005
(202) 736-8700

Samuel N. Tiu (*pro hac vice forthcoming*)
SIDLEY AUSTIN LLP
530 South Grand Ave.
Los Angeles, California 90071
(213) 896-6000

Michael D. Hatcher (*pro hac vice forthcoming*)
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 7520
(214) 981-3400

Siegmund Y. Gutman (*pro hac vice forthcoming*)
David M. Hanna (*pro hac vice forthcoming*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 226-7866

Wendy A. Whiteford (*pro hac vice forthcoming*)
Steven T. Tang (*pro hac vice forthcoming*)
C. Nichole Gifford (*pro hac vice forthcoming*)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-1000

James High (*pro hac vice forthcoming*)
AMGEN INC.
750 Gateway Blvd., St. 100
San Francisco, CA 94080
(650) 244-2000

*Attorneys for Amgen Inc. and Amgen Manufacturing Limited LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 13, 2024, I caused the foregoing Corporate Disclosure Statement of Plaintiffs Amgen Inc. and Amgen Manufacturing Limited LLC to be filed electronically using CM/ECF, which will effect service to all counsel of record.

/s/ *James L. Lester*
James L. Lester (NC Bar No. 15715)
MacCord Mason PLLC
2733 Horse Pen Creek Rd., Suite 101
Greensboro, NC 27410
(336) 273-4422
jlester@maccordmason.com

Local Civil Rule 83.1(d) Counsel for Plaintiff