IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING LIMITED LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>ACCORD BIOPHARMA, INC., ACCORD HEALTHCARE, INC., and INTAS PHARMACEUTICALS LTD,<br><br>        Defendants. | Case No.: 5:24-cv-642 |

**CONSENT MOTION FOR ENTRY OF INJUNCTION**

Amgen Inc. and Amgen Manufacturing Limited LLC (collectively, "Amgen" or "Plaintiffs") and Accord BioPharma, Inc., Accord Healthcare, Inc. and Intas Pharmaceuticals, Ltd. (collectively, "Accord" or "Defendants") (together, the "Parties") hereby move the Court to enter the attached proposed consent Injunction enjoining Accord from certain acts of patent infringement prior to the expiry of the Injunction on October 1, 2025. A copy of the proposed consent Injunction is attached as Exhibit 1 and is being submitted to the Court for consideration. In support of this Consent Motion, the Parties have filed a joint Memorandum in Support.

Dated this 2nd day of January, 2025.

WE CONSENT:

| | |
|---|---|
| /s/ James L. Lester<br>James L. Lester (NC Bar No. 15715)<br>MacCord Mason PLLC<br>2733 Horse Pen Creek Rd., Suite 101<br>Greensboro, NC 27410<br>(336) 273-4422 | /s/ William G. Pagán<br>William G. Pagán<br>N.C. State Bar No. 47996<br>David E. Bennett<br>N.C. State Bar No. 12864<br>COATS & BENNETT PLLC |

jlester@maccordmason.com
Local Civil Rule 83.1(d) Counsel for Plaintiffs

/s/ David L. Anderson
David L. Anderson  (CA Bar No. 149604)
Sue Wang
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
(415) 772-1200

Steven J. Horowitz
Nathaniel C. Love
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

Jeffrey P. Kushan
Joshua J. Fougere
Lauren Katzeff
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, D.C. 20005
(202) 736-8700

Samuel N. Tiu
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, California 90071
(213) 896-6000

Siegmund Y. Gutman
David M. Hanna
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 586-3200

Wendy A. Whiteford (Notice of Special Appearance forthcoming)
Steven T. Tang (Notice of Special Appearance forthcoming)
C. Nichole Gifford (Notice of Special Appearance forthcoming)

1400 Crescent Green, Suite 300
Cary, North Carolina 27518
Telephone: (919) 719-4868
Facsimile: (919) 719-4885
wpagan@coatsandbennett.com
dbennett@coatsandbennett.com
*Local Civil Rule 83.1(d) Attorneys for Defendants Accord BioPharma, Inc., Accord Healthcare, Inc., and Intas Pharmaceuticals, Ltd.*

Alejandro Menchaca
IL State Bar No. 6201622
Rajendra A. Chiplunkar
IL State Bar No. 6311032
Ben J. Mahon
IL State Bar No. 6330067
Bradley P. Loren
IL State Bar No. 6339308
MCANDREWS, HELD & MALLOY, LTD. 500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
amenchaca@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com
bmahon@mcandrews-ip.com
bloren@mcandrews-ip.com
*Special Appearance Pursuant to L.R. 83.1 Forthcoming*

*Attorneys for Defendants Accord BioPharma, Inc., Accord Healthcare, Inc., and Intas Pharmaceuticals, Ltd.*

Alaina M. Whitt (Notice of Special Appearance forthcoming)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-1000

James High (Notice of Special Appearance forthcoming)
AMGEN INC.
750 Gateway Blvd., St. 100
San Francisco, CA 94080
(650) 244-2000

*Attorneys for Plaintiffs Amgen Inc. and Amgen Manufacturing Limited LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, I electronically filed the foregoing Motion for Consent Injunction with the Clerk of the United States District Court for the Eastern District of North Carolina using the CM/ECF system, which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system.

/s/ James L. Lester

James L. Lester (NC Bar No. 15715)
MacCord Mason PLLC
2733 Horse Pen Creek Rd., Suite 101
Greensboro, NC 27410
(336) 273-4422
jlester@maccordmason.com
Local Civil Rule 83.1(d) Counsel for Plaintiffs